ISAAC FENSTER, Respondent, v. DAVID WELSCH, Sued Herein as DAVID WELSH,

Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.